**BAKER P.B.E. WAREHOUSE, INC.,**
Plaintiff–Counter–Defendant–
Appellant,

v.

**AKZO NOBEL COATINGS, INC.,**
Defendant–Counter–Claimant–
Appellee,

Classic Paint Company, Inc., d.b.a. MAC Specialty Coatings, Harold I. Moyers, Harold B. Moyers, Defendants–Third–Party–Plaintiffs–Appellees,

v.

Barry W. Kives et al., Third–
Party–Defendants.

No. 05–10521
D.C. Docket No. 02–00112–CV–JTC–3.

United States Court of Appeals,
Eleventh Circuit.

Nov. 21, 2005.

William Perry Hall, Kilborn, Roebuck & McDonald, Vincent F. Kilborn, III, David

Allen McDonald, Mobile, AL, for Appellant.

Edward S. Sledge, III, P. Russel Myles, McDowell, Knight, Roedder & Sledge, LLC, Mobile, AL, Daniel S. Reinhardt, Troutman Sanders, Atlanta, GA, for Appellees.

Before BIRCH and WILSON, Circuit Judges and ROYAL,* District Judge.

PER CURIAM:

After a thorough review of the record, the briefs of the parties, and the presentation of oral argument, we find no reversible error. Accordingly, the judgment of the district court is **AFFIRMED.**